B1 (Official Form 1) (04/13)

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Covington Coal Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **45-5307263** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 Upper Kanawha Valley Way**<br>**Cabin Creek, West Virginia**<br>ZIP CODE    **25035** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**KANAWHA** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P O Box C**<br>**Charleston, West Virginia**<br>ZIP CODE    **25365** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Bull Creek Mine Boone County SR 94, Ashford, West Virginia**  ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[x] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[x] Other | [ ] Chapter 7        [ ] Chapter 15 Petition for<br>[ ] Chapter 9             Recognition of a Foreign<br>[x] Chapter 11           Main Proceeding<br>[ ] Chapter 12       [ ] Chapter 15 Petition for<br>[ ] Chapter 13           Recognition of a Foreign<br>                              Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>[ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>[ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    [x] Debts are primarily business debts. |

| **Filing Fee** (Check one box.)<br>[x] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)

| | | Covington Coal Company, LLC |

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | |
|---|---|
| *(This page must be completed and filed in every case.)* | Name of Debtor(s): Covington Coal Company, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (if not represented by attorney)

_____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.
 Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

_____
 (Printed Name of Foreign Representative)

_____
 Date

---

**Signature of Attorney***

X **/s/Brian R. Blickenstaff**
 Signature of Attorney for Debtor(s)
 **Brian R. Blickenstaff, Esquire**
 Printed Name of Attorney for Debtor(s)
 **TURNER & JOHNS, PLLC**
 Firm Name

 **216 Brooks Street, Suite 200**
 **Charleston, West Virginia 25301**
 Address
 **(304) 720-2300**
 Telephone Number
 **February 24, 2015**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
 Address

X _____
 Signature

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/Peter K. Moran**
 Signature of Authorized Individual
 **Peter K. Moran**
 Printed Name of Authorized Individual
 **President and Managing Member**
 Title of Authorized Individual
 **February 24, 2015**
 Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

In re

**Covington Coal Company, LLC** ,
*Debtor*

Case No. _____

Chapter **11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 0.00 | | |
| B - Personal Property | | | $ 1,080,000.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 3,542,470.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 668,476.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 5,056,739.98 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 1,080,000.00 | $ 9,267,685.98 | |

B6A (Official Form 6A) (12/07)

In re **Covington Coal Company, LLC,** _____        Case No. _____
　　　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re **Covington Coal Company, LLC,**                              Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T Checking Account | | $5,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | First Surety Collateral Deposit Restricted-Reclamation Bond | | $75,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Covington Coal Company, LLC,**                                              Case No. _____
                   **Debtor**                                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Lease of Coal Reserves with Permit Penn Virginia Operating Company One Carbon Center, Suite 100 Charleston, WV  25315 | | $1,000,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Covington Coal Company, LLC,** _____     Case No. _____
     **Debtor**                                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2 Parts Trailers | | Fair Market Value |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies.. | | Computers and Printer | | Fair Market Value |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Backhoes, Catapillar 375L & 245B | | Fair Market Value |
| | | Caterpillar Rocl Truck 777B serial # 4Y CO 1407 | | Fair Market Value |
| | | Caterpillar Loader 992C serial # 49Z01921 | | Fair Market Value |
| | | Caterpillar Rock Truck 777C serial # 4XJ00097 | | Fair Market Value |
| | | Caterpillar Rock Truck 777C serial # 4XJ0039601049 | | Fair Market Value |
| | | Caterpillar Rock Truck 777C serial # 4JX00325 | | Fair Market Value |
| | | Caterpillar Loader 988B serial # 50W1101 | | Fair Market Value |
| | | Caterpillar Dozer D10R serial # 3KR00741 | | Fair Market Value |

B 6B  (Official Form 6B) (12/2007)

In re **Covington Coal Company, LLC,**                                 Case No. _____
                        **Debtor**                                                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Caterpillar Dozer D9R serial # 7TL00570 | | Fair Market Value |
| | | Caterpillar Dozer D9N serial # 1JD03415 | | Fair Market Value |
| | | Caterpillar Dozer D8R serial # 7XM00632 | | Fair Market Value |
| | | IR DM45E Blast Hole Drill serial # 3793 | | Fair Market Value |
| | | Robbins Drill serial # 23729125 | | Fair Market Value |
| | | Caterpillar 14 H Grader serial # 7W00673 | | Fair Market Value |
| | | DM 6907 Grease Truck serial # 1M2B183CHJW002941 | | Fair Market Value |
| | | Water Truck serial # 63W02090 | | Fair Market Value |
| | | 2 Office Trailers, 2 Parts Trailers, Inventory of Parts, Water Stand, Waste Oil Tank | | Fair Market Value |
| | | Truck Spray | | Fair Market Value |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Covington Coal Company, LLC,**                                    Case No. _____
                         **Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_4_ continuation sheets attached          Total ▶                                          $1,080,000.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

**In re** <u>Covington Coal Company, LLC,</u>                                   **Case No.** _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                          $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

**In re** Covington Coal Company, LLC _____ ,     Case No. _____
                        **Debtor**                                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Bank of Charleston<br>201 Pennsylvania Avenue<br>Charleston, WV 25302** | X | | Purchase-Money Security Interest<br><br>Caterpillar Rock truck 777B serial number 4Y CO 1407<br>See Attachment 1<br>VALUE $**$1,000,000.00** | | | | **$2,850,000.00** | **$1,850,000.00** |
| ACCOUNT NO.<br>**First Surety, Inc.<br>300 Summers Street, Suite 970<br>Charleston, WV 25301** | | | **First Surety Collateral Deposit Restricted-Reclamation Bond**<br>VALUE $    **$75,000.00** | | | | **$300,000.00** | **$225,000.00** |
| ACCOUNT NO.<br>**River Trading Company LTD<br>559 Liberty Hill<br>Cincinnati, OH 45202** | | | **2 Backhoes, Catapillar 375L & 245B**<br>VALUE $    **$0.00** | | | | **$167,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Ted Ondrick<br>Materials & Construction Group<br>22 Industry Road<br>Chicopee, MA 01020** | | | **2 Backhoes, Catapillar 375L & 245B**<br>VALUE $    **$0.00** | | | | **$225,470.00** | **$192,470.00** |
| __1__ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $    **3,542,470.00** | $    **2,267,470.00** |
| | | | Total ▶<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re **Covington Coal Company, LLC**_____,   Case No. _____
_____Debtor_____                                               (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **$0.00** | |
| | | | VALUE $          **$0.00** | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no.__**1**__of__**1**__continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (s)▶ (Total(s) of this page) | $          **0.00** | $          **0.00** |
| | Total(s) ▶ (Use only on last page) | $     **3,542,470.00** | $ **2,267,470.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# Attachment

**Attachment 1**

**$250,000**
**Caterpillar Loader 992C serial number 49Z01921 $300,000**
**Caterpillar Rock truck 777C serial number 4XJ00097 $500,000**
**Caterpillar Rock truck 777C serial number 4XJ0039601049 $450,000**
**Caterpillar Rock truck 777C serial number 4XJ00325 $450,000**
**Caterpillar Loader 988B serial number 50W11001 $100,000**
**Caterpillar Dozer DIOR serial number 3KR00741 $200,000**
**Caterpillar Dozer D9R serial number 7TL00570 $ 150,000**
**Caterpillar Dozer D9N serial number 1JD03415 $ 125,000**
**Caterpillar Dozer D8R serial number 7XM00632 $125,000**
**IR DM45E Blast hole drill serial number 3793 $ 125,000**
**Robbins drill serial number 23729125 $50,000**
**Caterpillar 14 H grader serial number 7W00673 $175,000**
**DM 6907 grease truck serial number 1M2B183CHJW002941 $100,000**
**Water truck serial number 63W02090 $150,000**
**2 office trailers two parts trailers inventory of parts water stand waste oil tank $150,000**
**Truck spray $100,000**

B 6E (Official Form 6E) (04/13)

**In re** **Covington Coal Company, LLC** _____ ,    Case No._____
_____
Debtor                                      *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)*

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**___ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **Covington Coal Company, LLC**_____ ,          Case No. _____
           **Debtor**                                                                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____<br><br>**Internal Revenue Service<br>Box 145566<br>Cincinnati, OH 45250-9943** | | | | | | | $362,458.00 | $328,442.00 | $34,016.00 |
| Account No. _____<br><br>**U S Department of Labor<br>200 Constitution Ave., NW<br>Washington, DC 20210** | | | **Unemployment compensation** | | | | $2,697.00 | $2,697.00 | $0.00 |
| Account No. _____<br><br>**US Office of Surface Mining<br>1951 Constitution Ave., NW<br>Washington, DC 20240** | | | | | | | $25,000.00 | $25,000.00 | $0.00 |

Sheet no. _**1**_ of _**2**_ continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)           $  **390,155.00**    $ **356,139.00**    **$34,016.00**

Total▶          $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶                                        $                  $
(Use only on last page of the completed
Schedule E.  If applicable, report also on the
Statistical Summary of Certain
Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13) – Cont.

In re **Covington Coal Company, LLC**_____ ,   Case No. _____
   **Debtor**   **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units  Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> **West Virginia Employment Security** <br> **1321 Plaza East** <br> **Charleston, WV 25325** | | | | | | | **$8,260.00** | **$8,260.00** | **$0.00** |
| Account No. _____ <br><br> **West Virginia State Tax Department** <br> **Bankruptcy Unit, P O Box 766** <br> **Charleston, WV 25323-0766** | | | | | | | **$270,061.00** | **$59,702.00** | **$210,359.00** |
| | | | | | | | | | |

Sheet no. _**2**_ of _**2**_ continuation  sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤ (Totals of this page) | $ **278,321.00** | $ **67,962.00** | **$210,359.00** |
|---|---|---|---|---|
| | Total➤ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ **668,476.00** | | |
| | Totals➤ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **424,101.00** | $ **244,375.00** |

B 6F (Official Form 6F) (12/07)

In re **Covington Coal Company, LLC**                        ,   Case No. _____
                            Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Barth & Thompson** **P O Box 129** **Charleston, WV 25321** | | | | | | | $2,910.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Boone County Ambulance** **P O Box 159** **Racine, WV 25165** | | | | | | | $750.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Brake Supply - Beaver** **4280 Paysphere Circle** **Chicago, IL 60674** | | | | | | | $7,060.00 |
| **ACCOUNT NO.** | | | | | | | |
| **C & M Giant Tire** **8000 MacCorkle Ave, SE** **Charleston, WV 25304** | | | | | | | $16,000.00 |
| | | | | | | Subtotal► | $     **26,720.00** |

__13__ continuation sheets attached

Total► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____, Case No. _____
_____**Debtor**_____ _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **CC Safety Supply** <br> **P O Box 1353** <br> **St. Albans, WV 25177** | | | | | | | **$285.60** |
| **ACCOUNT NO.** <br><br> **Cecil I Walker Machinery** <br> **P O Box 905258** <br> **Charlotte, NC 28290** | | | | | | | **$184,971.55** |
| **ACCOUNT NO.** <br><br> **Crosiers** <br> **P O Box 250** <br> **Lansing, WV 25862** | | | | | | | **$693.46** |
| **ACCOUNT NO.** <br><br> **Daniel Caste** | | | | | | | **$95,670.00** |

Sheet no.__**1**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **281,620.61**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Decota Consulting 4984 Washington Street, West Charleston, WV 25313 | | | | | | | $58,667.00 |
| **ACCOUNT NO.** Dodson Pest Control P O Box 17242 Baltimore, MD 21297 | | | | | | | $169.02 |
| **ACCOUNT NO.** Doss Engineering 2313 Woodland Ave, SW Charleston, WV 25303 | | | | | | | $5,857.13 |
| **ACCOUNT NO.** First Insurance 450 Stokie Blvd #1000 P O Box 3306 Northbrook, IL 60065 | | | | | | | $12,979.92 |

Sheet no. __**2**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **77,673.07**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**                    ,          Case No. _____
                              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Gregg Somerville**<br>**3610 Woodside Drive**<br>**Columbus, IN 47203** | | | | | | | **$225,000.00** |
| **ACCOUNT NO.**<br><br>**Harvey Trucking**<br>**5383 Ashford Nellis Road**<br>**Ashford, WV 25009** | | | | | | | **$84,499.00** |
| **ACCOUNT NO.**<br><br>**J & T Contracting, Inc.**<br>**P O Box 50**<br>**Cedar Grove, WV 25039** | | | | | | | **$6,778.00** |
| **ACCOUNT NO.**<br><br>**Jay Max**<br>**760 Glenshore Drive**<br>**Cullowhee, NC 28723** | | | | | | | **$8,341.00** |

Sheet no.__**3**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►  $  **324,618.00**

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC** _____ ,          Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Joann Vealey** <br> **4526 Pennsylvania Avenue** <br> **Charleston, WV 25302** | | | | | | | **$38,478.70** |
| **ACCOUNT NO.** <br><br> **Keenan Construction** <br> **72 Keenan Drive** <br> **Pond Gap, WV 25160** | | | | | | | **$39,875.00** |
| **ACCOUNT NO.** <br><br> **Kevin Soles** <br> **6008 Kingdom Ct** <br> **Murrysville , PA 15668** | | | | | | | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Kimberly Gannis** | | | | | | | **$75,000.00** |

Sheet no. __**4**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **203,353.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC** ,     Case No. _____
           **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Kings Tire Service**<br>**P O Box 3511**<br>**Bluefield, WV 24701** | | | | | | | **$175,985.33** |
| ACCOUNT NO.<br><br>**KWS Lending, LLC**<br>**6008 Kingdom Ct.**<br>**Murrysville, PA 15668** | | | | | | | **$50,000.00** |
| ACCOUNT NO.<br><br>**Lawrence Ickes, CPA**<br>**P O Box 886**<br>**Lewisburg, WV 24901** | | | | | | | **$63,533.60** |
| ACCOUNT NO.<br><br>**Massie Reclamation**<br>**P O Box 70**<br>**Ghent, WV 25843** | | | | | | | **$18,550.00** |

Sheet no. __5__ of __13__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ **308,068.93**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____ ,          Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Matthew Piroche | | | | | | | $75,000.00 |
| ACCOUNT NO.<br><br>Mike Hil | | | | | | | $2,186.42 |
| ACCOUNT NO.<br><br>Mine Machinery, Inc.<br>1512 North Big Run Road<br>Ashland , KY 41102 | | | | | | | $21,020.00 |
| ACCOUNT NO.<br><br>Mod Space<br>1200 Swedesford Road<br>Berwyn, PA 19312 | | | | | | | $4,474.90 |

Sheet no.__**6**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **102,681.32**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**                        ,            Case No. _____
                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Mountaineer Investigation**<br>**P O Box 891**<br>**Athens, WV 24712** | | | | | | | **$79,511.25** |
| **ACCOUNT NO.**<br><br>**Mountaineer Manufacturing**<br>**P O Box 488**<br>**Smithers, WV 25186** | | | | | | | **$0.00** |
| **ACCOUNT NO.**<br><br>**NAPA Auto Parts**<br>**Marmet Supply**<br>**10011 MacCorkle Avenue**<br>**Charleston, WV 25315** | | | | | | | **$5,518.87** |
| **ACCOUNT NO.**<br><br>**Nelson Brothers**<br>**P O Box 741131**<br>**Atlanta, GA 30375** | | | | | | | **$283,739.96** |

Sheet no. __**7**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **368,770.08**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC** _____ ,   Case No. _____
       **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Newbridge Services** **340 South Broadway** **Suite 100** **Lexington, KY 40508** | | | | | | | **$5,127.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Penn Virginia-Royalty** **Seven Sheridan Square** **Suite 300** **Kingsport, TN 37660** | | | | | | | **$31,000.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Perry Tech** **5 Druid Place** **Charleston, WV 25314** | | | | | | | **$302.10** |
| **ACCOUNT NO.** | | | | | | | |
| **Petroleum Products, LLC** **200 Viscose Road** **Nitro, WV 25143** | | | | | | | **$69,385.63** |

Sheet no. __**8**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **105,814.73**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**             ,          Case No. _____

 **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pritchard Mining, Inc. <br> P O Box 3311 <br> Charleston, WV 25333 | | | | | | | $1,850,000.00 |
| ACCOUNT NO. <br><br> Raven Crest Leasing <br> 8351 E. Walker Springs Lande <br> Suite 400 <br> Knoxville, TN 37923 | | | | | | | $51,586.67 |
| ACCOUNT NO. <br><br> Raven Crest Mining <br> 8351 E. Walker Springs Lane <br> Suite 400 <br> Knoxville , TN 37923 | | | | | | | $17,558.89 |
| ACCOUNT NO. <br><br> Reclamation, Inc. <br> 5410 MacCorkle Avenue, SE <br> Charleston, WV 25304 | | | | | | X | $390,124.67 |

Sheet no. **9** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **2,309,270.23**

Total► $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____,     Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rocco Romano** <br>**3 Gateway Center, Suite 2400** <br>**Pittsburgh, PA 15222** | | | | | | | **$100,000.00** |
| **ACCOUNT NO.** <br><br> **Security America** <br>**P O Box 4525** <br>**Charleston, WV 25364** | | | | | | | **$46,297.23** |
| **ACCOUNT NO.** <br><br> **SES** <br>**P O Box 8337** <br>**Charleston, WV 25303** | | | | | | | **$17,153.00** |
| **ACCOUNT NO.** <br><br> **SGS** <br>**Citi Bank** <br>**P O Box 2502** <br>**Carol Stream, IL 60132** | | | | | | | **$1,403.00** |

Sheet no. __**10**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **164,853.23**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____,    Case No. _____
   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Summit Engineering 131 Summit Drive Pikeville, KY 41501** | | | | | | | **$26,998.42** |
| ACCOUNT NO. <br><br>**Superior Steam Cleaning P O Box 611 Bradley, WV 25818** | | | | | | | **$975.00** |
| ACCOUNT NO. <br><br>**Ted Ondrick 22 Industry Road Chicopee, MA 01020** | | | | | | | **$500,000.00** |
| ACCOUNT NO. <br><br>**The Chapman Printing P O Box 2867 Huntington, WV 25728** | | | | | | | **$1,976.07** |

Sheet no. __11__ of __13__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **529,949.49**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____,      Case No. _____
             **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tri-State Bit & Drilling 16 Elk Avenue P O Box 1362 Clendenin, WV 25045 | | | | | | | $2,286.00 |
| ACCOUNT NO. | | | | | | | |
| Upper Kanawha Valley Enterprise Community P O Box 309 Cabin Creek, WV 25035 | | | | | | | $2,328.75 |
| ACCOUNT NO. | | | | | | | |
| Vibra-Tech P O Box 266 Glasgo, KY 42141 | | | | | | | $20,975.00 |
| ACCOUNT NO. | | | | | | | |
| Virginia Drilling P O Box 1198 Vansant, VA 24656 | | | | | | | $223,953.00 |

Sheet no. __**12**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶      $      **249,542.75**

Total▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Covington Coal Company, LLC**_____,   Case No. _____
       **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Westlake, Inc.** <br> **811 Main St., East** <br> **Oak Hill, WV 25901** | | | | | | | **$2,151.25** |
| **Additional Contacts for Westlake, Inc.:** <br><br><br> **Westlake, Inc.** <br> **Lynchburg, VA 24505** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Zee Medical** <br> **P O Box 781503** <br> **Indianapolis, IN 46278** | | | | | | | **$1,652.59** |
| | | | | | | | |

Sheet no. __**13**__ of __**13**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **3,803.84**

Total▶   $   **5,056,739.98**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Covington Coal Company, LLC,** _____    Case No. _____

Debtor      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Moran Coal Management, LLC<br>P O Box C<br>Charleston, WV 25365 | Description: Management Contract and Employee Lease |
| Penn Virginia Operating Company<br>One Carbon Center Suite 100<br>Charleston, WV 25315 | Description: Lease of Coal Reserves<br>Penn Virginia Lessor-Covington Coal Lessee |

B 6H (Official Form 6H) (12/07)

In re **Covington Coal Company, LLC,** _____        Case No. _____
                        **Debtor**                                  **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul K Moran<br><br>Paul K. Moran | First Bank of Charleston<br>201 Pennsylvania Avenue<br>Charleston, WV 25302 |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

In re                                                      Case No. _____

**Covington Coal Company, LLC**_____,
*Debtor*                                                   Chapter **11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Covington Coal Company, LLC_____ ,   Case No. _____
          **Debtor**                                                                            **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                                                              Debtor

Date _____          Signature: _____

                                                                                                   (Joint Debtor, if any)

                                                  [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                                   Social Security No.
of Bankruptcy Petition Preparer                                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
----------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Peter K. Moran**_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __**Covington Coal Company, LLC**__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 24, 2015**_____

                                                  Signature: **/s/Peter K. Moran**_____

                                                                    **Peter K. Moran**_____
                                                                    [Print or type name of individual signing on behalf of debtor.]
                                                                    **President and Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
----------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

In re   Covington Coal Company, LLC,

Debtor

Case No. _____

Chapter          11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pritchard Mining, Inc. P O Box 3311 Charleston, WV 25333 | | | | $1,850,000.00 |
| First Bank of Charleston 201 Pennsylvania Avenue Charleston, WV 25302 | | | | $2,850,000.00 Value of Security: $1,000,000.00 |
| Ted Ondrick 22 Industry Road Chicopee, MA 01020 | | | | $500,000.00 |
| Reclamation, Inc. 5410 MacCorkle Avenue, SE Charleston, WV 25304 | | | This claim is disputed. | $390,124.67 |
| Internal Revenue Service Box 145566 Cincinnati, Ohio 45250-9943 | | taxes and certain other debts owed to governmental units | | $362,458.00 |
| Nelson Brothers P O Box 741131 Atlanta, GA 30375 | | Judgment | | $283,739.96 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| West Virginia State Tax Department Bankruptcy Unit, P O Box 766 Charleston, West Virginia 25323-0766 | | taxes and certain other debts owed to governmental units | | $270,061.00 |
| Gregg Somerville 3610 Woodside Drive Columbus, IN 47203 | | | | $225,000.00 |
| First Surety, Inc. 300 Summers Street, Suite 970 Charleston, WV 25301 | | | | $300,000.00 Value of Security: $75,000.00 |
| Virginia Drilling P O Box 1198 Vansant, VA 24656 | | | | $223,953.00 |
| Ted Ondrick Materials & Construction Group 22 Industry Road Chicopee, MA 01020 | | | | $225,470.00 Value of Security: $33,000.00 |
| Cecil I Walker Machinery P O Box 905258 Charlotte, NC 28290 | | | | $184,971.55 |
| Kings Tire Service P O Box 3511 Bluefield, WV 24701 | | | | $175,985.33 |
| Rocco Romano 3 Gateway Center, Suite 2400 Pittsburgh, PA 15222 | | | | $100,000.00 |
| Daniel Caste | | | | $95,670.00 |
| Harvey Trucking 5383 Ashford Nellis Road Ashford, WV 25009 | | | | $84,499.00 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Mountaineer Investigation P O Box 891 Athens, WV 24712 | | | | $79,511.25 |
| Kimberly Gannis | | | | $75,000.00 |
| Matthew Piroche | | | | $75,000.00 |
| Petroleum Products, LLC 200 Viscose Road Nitro, WV 25143 | | | | $69,385.63 |

Date: February 24, 2015

/s/Peter K. Moran
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of Covington Coal Company, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: February 24, 2015        /s/Peter K. Moran
                                    ,

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

In re: Covington Coal Company, LLC
_____
Debtor

Case No _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Debtor: | |
| Current Year (2015): | |
| | |
| Previous Year 1 (2014): | |
| $1,040,000.00 | 2014 YTD |
| | |
| Previous Year 2 (2013): | |
| $175,331.00 | 2013 Debtor Business Income |
| Joint Debtor: | |
| N/A | |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None ☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of

this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒

*c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: | | | |
| Tommy Kinder and Eva Kinder v. Coal River Coal, LLC; Covington Coal Co, LLC et al Case Number: 13-C-241 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Penn Virginia Operating Company, LLC v. Covington Coal Company, | Suit to enforce hold harmless | Boone County West Virginia Circuit Court | Pending |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| | | | |
|---|---|---|---|
| LLC<br>Case Number: 14-C-175 | | Madison, WV | |
| Helen McCormick Barker v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 14-C-19 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Ronnie Gillienwaer and Nancy Gillienwater v. Loadout, LLC, Covington Coal Company, llC<br>Case Number: 13-C-243 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Daniel J. Brown and Nicole M. Brown v. Loadout, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-250 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| George Caldwell and Evelyn Caldwell v. Loadout, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-245 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Ronnie Gillenwater and Rachelle Gillenwater v. Loadout, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-246 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Jackie Gillespie v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-V-274 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Nioka Righter v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-276 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Mary Dunlap v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-279 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Teresa Deal v. Coal River Mining, LLC, Covington Coal company, LLC et al<br>Case Number: 13-C-274 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Dawn Pelphrey v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-277 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Ronnie Smith et al v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-274 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Virginia Kinder v. Coal River Mining, LLC, Covington Coal Company, LLC et al<br>Case Number: 13-C-280 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |

| | | | |
|---|---|---|---|
| Kristina Bradley v. Loadout, LLC,, Covington Coal Company, LLC et al Case Number: 13-C-291 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| William McCormick v. Coal River MIning, LLC, Covington Coal Company, LLC et al Case Number: 14-C-30 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Patricia Walker v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 14-C-173 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Security America v. Covington Coal Company, LLC Case Number: 13-C-185 | Debt Collection | Boone County West Virginia Circuit Court Madison, WV | Judgment Entered |
| Jackie Gillespie v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 13-C-274 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Robert Aliff and Wanda Aliff v. Coal River Mining, LLC, covington Coal Company, LLC et al Case Number: 13-C-264 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Luther Smith and Wanda Smith v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 13-C-240 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| James Barker v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 13-C-242 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Rex Butcher and Darlene Butcher v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 13-C-263 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Michell Darby v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 13-C-274 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Kathie Bartram v. Coal River Mining, LLC, Covington Coal Company, LLC et al Case Number: 13-C-266 | Property Damage | Boone County West Virginia Circuit Court Madison, WV | Pending |
| Nelson Brothers, LLC v. Covington Coal Company, LLC Case Number: 01-CV-2013-901403.00 | Debt Collection | Circuit Court of Jefferson County, Alabama Birmingham, AL | Judgment |
| Cecil B. Walker Machinery Co. Case Number: 13-C-1863 | Debt Collection | Circuit Court of Kanawha County Charleston, WV | Pending |

| | | | |
|---|---|---|---|
| F. David Caste<br>Case Number: 14-C-153 | Debt Collection | Circuit Court of<br>Kanawha County<br>Charleston, WV | Pending |
| Summit Engineering<br>Case Number: 15-C-153 | Debt Collection | Circuit Court of<br>Kanawha County<br>Charleston, WV | Pending |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Law Office of John Leaberry 106 Patrick Street Lewisburg, WV 24901 | 8/29/2014 | $5,000.00 |
| TURNER & JOHNS, PLLC 216 Brooks Street, Suite 200 Charleston, WV 25301 | 2/3/15 | $25,000.00 |

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses

whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | | DESCRIBE PROPERTY |
| NAME AND ADDRESS OF TRANSFEREE, | | TRANSFERRED AND |
| RELATIONSHIP TO DEBTOR | DATE | VALUE RECEIVED |

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
| NAME OF TRUST OR OTHER | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S |
| DEVICE | | INTEREST IN PROPERTY |

---

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | DATE OF SALE |
| OF INSTITUTION | AND AMOUNT OF FINAL | OR CLOSING |
| | BALANCE | |

---

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OF |
| OF BANK OR | OF THOSE WITH ACCESS | OF | TRANSFER |
| OTHER DEPOSITORY | TO BOX OR DEPOSITORY | CONTENTS | OR SURRENDER, |
| | | | IF ANY |

---

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the

governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Debtor:<br>Bull Creek Mine<br>P O Box C<br>Charleston, WV 25365 | West Virginia Department of Environmental Protection | | WVDEP S 5017 02<br>MSHA |

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☒  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

  *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☒      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED


None
☒      b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                 DATES SERVICES RENDERED


None
☒      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                        ADDRESS


None
☒      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None
☒      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                    DOLLAR AMOUNT
                                                    OF INVENTORY

|  |  | (Specify cost, market or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

## 22. Former partners, officers, directors and shareholders

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

## 23 . Withdrawals from a partnership or distributions by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  February 24, 2015              Signature   /s/Peter K. Moran

                                     Print Name
                                     and Title   ,

                    0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 203
(12/94)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF WEST VIRGINIA

In re

**Covington Coal Company, LLC**

Case No. _____

**Debtor**

Chapter **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **25,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **25,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2. The source of the compensation paid to me was:

   [X] Debtor            [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor            [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

**If applicable, defense and/or prosecution of Adversary Proceedings and our other litigation matters additional attorney fees will apply.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**February 24, 2015**
*Date*

**/s/Brian R. Blickenstaff**

**Brian R. Blickenstaff, Esquire**
*Signature of Attorney*

**TURNER & JOHNS, PLLC**
*Name of law firm*

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP


     I, Peter K. Moran, President and Managing Member named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.


Date:    February 24, 2015                  /s/Peter K. Moran

                                                  Peter K. Moran, President and Managing Member

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

      Covington Coal Company, LLC,
               Debtor

                             Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Andrea Moran | LLC Units | 100 | Ownership Units |
| Peter K. Moran | LLC Units | 900 | Ownership Units |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   February 24, 2015           Signature:   /s/Peter K. Moran
                                    Printed Name:
                                    Title:

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

UNITED STATES BANKRUPTCY COURT
Southern District of West Virginia

In re:

                                              Case No. BKY

Covington Coal Company, LLC,

Debtor(s)                                     Chapter 11 Case


STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, Peter K. Moran, declare under penalty of perjury that I am the President and Managing Member of Covington Coal Company, LLC, a  corporation and that on  the following resolution was duly adopted by the  of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11  of Title 11 of the United States Code;

Be It Therefore Resolved, that Peter K. Moran, President and Managing Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Peter K. Moran, President and Managing Member of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Peter K. Moran, President and Managing Member of this corporation, is authorized and directed to employ Brian R. Blickenstaff, Esquire, attorney and the law firm of TURNER & JOHNS, PLLC to represent the corporation in such bankruptcy case."

| Executed on: February 24, 2015 | Signed: /s/Peter K. Moran |
|---|---|
|  | Peter K. Moran  (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **Covington Coal Company, LLC**                Case No.

    Debtor.                                Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Covington Coal Company, LLC**  (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

_____  There are no entities to report.

By: **/s/Brian R. Blickenstaff**

**Brian R. Blickenstaff, Esquire**
Signature of Attorney

Counsel for
Bar no.: **9449**
Address.: **216 Brooks Street, Suite 200**
          **Charleston, West Virginia 25301**

Telephone No.: **(304) 720-2300**
Fax No.: **(304) 720-2311**
E-mail address: **bblickenstaff@turnerjohns.com**

Barth & Thompson
P O Box 129
Charleston, WV 25321


Boone County Ambulance
P O Box 159
Racine, WV 25165


Brake Supply - Beaver
4280 Paysphere Circle
Chicago, IL 60674


C & M Giant Tire
8000 MacCorkle Ave, SE
Charleston, WV 25304


CC Safety Supply
P O Box 1353
St. Albans, WV 25177


Cecil I Walker Machinery
P O Box 905258
Charlotte, NC 28290


Crosiers
P O Box 250
Lansing, WV 25862


Daniel Caste


Decota Consulting
4984 Washington Street, West
Charleston, WV 25313

Dodson Pest Control
P O Box 17242
Baltimore, MD 21297


Doss Engineering
2313 Woodland Ave, SW
Charleston, WV 25303


First Bank of Charleston
201 Pennsylvania Avenue
Charleston, WV 25302


First Insurance
450 Stokie Blvd #1000
P O Box 3306
Northbrook, IL 60065


First Surety, Inc.
300 Summers Street, Suite 970
Charleston, WV 25301


Gregg Somerville
3610 Woodside Drive
Columbus, IN 47203


Harvey Trucking
5383 Ashford Nellis Road
Ashford, WV 25009


Internal Revenue Service
Box 145566
Cincinnati, OH 45250-9943


J & T Contracting, Inc.
P O Box 50
Cedar Grove, WV 25039

Jay Max
760 Glenshore Drive
Cullowhee, NC 28723


Joann Vealey
4526 Pennsylvania Avenue
Charleston, WV 25302


Keenan Construction
72 Keenan Drive
Pond Gap, WV 25160


Kevin Soles
6008 Kingdom Ct
Murrysville, PA 15668


Kimberly Gannis


Kings Tire Service
P O Box 3511
Bluefield, WV 24701


KWS Lending, LLC
6008 Kingdom Ct.
Murrysville, PA 15668


Lawrence Ickes, CPA
P O Box 886
Lewisburg, WV 24901


Massie Reclamation
P O Box 70
Ghent, WV 25843

Matthew Piroche

Mike Hil

Mine Machinery, Inc.
1512 North Big Run Road
Ashland, KY 41102

Mod Space
1200 Swedesford Road
Berwyn, PA 19312

Moran Coal Management, LLC
P O Box C
Charleston, WV 25365

Mountaineer Investigation
P O Box 891
Athens, WV 24712

Mountaineer Manufacturing
P O Box 488
Smithers, WV 25186

NAPA Auto Parts
Marmet Supply
10011 MacCorkle Avenue
Charleston, WV 25315

Nelson Brothers
P O Box 741131
Atlanta, GA 30375

Newbridge Services
340 South Broadway
Suite 100
Lexington, KY 40508


Paul K Moran




Paul K. Moran




Penn Virginia Operating Company
One Carbon Center Suite 100
Charleston, WV 25315


Penn Virginia-Royalty
Seven Sheridan Square
Suite 300
Kingsport, TN 37660


Perry Tech
5 Druid Place
Charleston, WV 25314


Petroleum Products, LLC
200 Viscose Road
Nitro, WV 25143


Pritchard Mining, Inc.
P O Box 3311
Charleston, WV 25333


Raven Crest Leasing
8351 E. Walker Springs Lande
Suite 400
Knoxville, TN 37923

Raven Crest Mining
8351 E. Walker Springs Lane
Suite 400
Knoxville, TN 37923


Reclamation, Inc.
5410 MacCorkle Avenue, SE
Charleston, WV 25304


River Trading Company LTD
559 Liberty Hill
Cincinnati, OH 45202


Rocco Romano
3 Gateway Center, Suite 2400
Pittsburgh, PA 15222


Security America
P O Box 4525
Charleston, WV 25364


SES
P O Box 8337
Charleston, WV 25303


SGS
Citi Bank
P O Box 2502
Carol Stream, IL 60132


Summit Engineering
131 Summit Drive
Pikeville, KY 41501


Superior Steam Cleaning
P O Box 611
Bradley, WV 25818

Ted Ondrick
Materials & Construction Group
22 Industry Road
Chicopee, MA 01020


Ted Ondrick
22 Industry Road
Chicopee, MA 01020


The Chapman Printing
P O Box 2867
Huntington, WV 25728


Tri-State Bit & Drilling
16 Elk Avenue
P O Box 1362
Clendenin, WV 25045


U S Department of Labor
200 Constitution Ave., NW
Washington, DC 20210


Upper Kanawha Valley
Enterprise Community
P O Box 309
Cabin Creek, WV 25035


US Office of Surface Mining
1951 Constitution Ave., NW
Washington, DC 20240


Vibra-Tech
P O Box 266
Glasgo, KY 42141


Virginia Drilling
P O Box 1198
Vansant, VA 24656

```
West Virginia Employment Security
1321 Plaza East
Charleston, WV 25325



West Virginia State Tax Department
Bankruptcy Unit, P O Box 766
Charleston, WV 25323-0766



Westlake, Inc.
811 Main St., East
Oak Hill, WV 25901



Westlake, Inc.

Lynchburg, VA 24505



Zee Medical
P O Box 781503
Indianapolis, IN 46278
```

## UNITED STATES BANKRUPTCY COURT
### Southern District of West Virginia

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

      Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Bankruptcy Administrator has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of -
      (1) the potential consequences of seeking a discharge in bankruptcy,
          including the effects on credit history;
      (2) the effect of receiving a discharge of debts in bankruptcy;
      (3) the effect of reaffirming a debt; and
      (4) your ability to file a petition under a different chapter of the Bankruptcy
          Code.
      There are many other provisions of the Bankruptcy Code that may affect your situation. This statement contains only general principles of law and is not a substitute for legal advice. If you have any questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

      The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed in your bankruptcy schedules. A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which usually may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; debts which were not listed in your bankruptcy schedules; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to repay debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

      The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy. There are exceptions to this general statement. See your lawyer if you have questions.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

      After you file your bankruptcy petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court sixty (60) days after the first meeting of creditors.
      Reaffirmation agreements are strictly voluntary. They are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. This is particularly true when property you wish to retain is collateral for a debt.
      Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues an order of discharge or within sixty (60) days after you filed the reaffirmation agreement with the court, whichever is later.
      If you reaffirm a debt and fail to make the payments as required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any deficiency. In addition, creditors may seek other remedies, such as garnishment of wages.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the chapter 13 trustee the amount set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

By signing below, I/we acknowledge that I/we have received a copy of this document, and that I/we have had an opportunity to discuss the information in this document with an attorney of my/our choice.

Date **February 24, 2015**                    **/s/Peter K. Moran**

                                              **Covington Coal Company, LLC**

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

In re:    **Covington Coal Company, LLC**

_____

Case No. _____

_____
Debtors

Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **February 24, 2015**_____

Signed:  **/s/Peter K. Moran**_____

Dated:    _____

Signed:  _____

## WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)

All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

Date **February 24, 2015**                          **/s/Peter K. Moran**
                                                     **Covington Coal Company, LLC**
                                                     Debtor


                                                     _____
                                                     Joint Debtor


                                                     **/s/Brian R. Blickenstaff**
                                                     **Brian R. Blickenstaff, Esquire**
                                                     Attorney for Debtor(s)